# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**XCOAL ENERGY RESOURCES,**
   Plaintiff,

   Case No. 2:23-mc-00018

v.

**BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION; and JAMES C. JUSTICE, II,**
   Defendants.

## ABSTRACT OF JUDGMENT

Judgment was rendered by the United States Court of Appeals for the Third Circuit in Appeal No. 21-2926 on July 21, 2022, amended on September 27, 2022, and registered with the United States District Court for Southern District of West Virginia at Charleston in this action on January 17, 2023, in the above-entitled action, in favor of **Xcoal Energy Resources** and against **Bluestone Energy Sales Corporation, Southern Coal Corporation; James C. Justice, II** for:

| | |
|---|---|
| Principal, | |
| Attorney Fees, | $88,866.24 |
| Interest, and | |
| Costs, for the total amount of | |
| JUDGMENT AS ENTERED | $88,866.24 |

**RORY L. PERRY II, CLERK OF COURT**         Date: _____

BY: _____
       **DEPUTY CLERK**