# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**XCOAL ENERGY RESOURCES,**
**Plaintiff,**

v.

**WRIT OF EXECUTION**

**Case No. 2:23mc00018**

**BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION; and JAMES C. JUSTICE, II,**
**Defendants.**

**IN THE NAME OF THE UNITED STATES OF AMERICA:**

**TO THE UNITED STATES MARSHAL**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:**

Pursuant to the judgment issued by the United States Court of Appeals for the Third Circuit in Appeal No. 21-2926 on July 21, 2022, amended on September 27, 2022, and registered with the United States District Court for Southern District of West Virginia at Charleston in this action on January 17, 2023, we command you that of the goods and chattels of **James C. Justice, II** in your bailiwick, you cause to be made the sum of **$88,866.24**, which the above named Xcoal Energy Resources recovered against the named James C. Justice, II and make your return thereof on **June 19, 2023**.


**RORY L. PERRY II, CLERK OF COURT**        Date: _____

BY: _____
         **DEPUTY CLERK**

## RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

**This writ was received and executed.**

**DATE RECEIVED:** _____  **DATE EXECUTED:** _____

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**MICHAEL T. BAYLOUS**
**UNITED STATES MARSHAL**


**BY:**_____
          **DEPUTY MARSHAL**