UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

XCOAL ENERGY & RESOURCES,
Plaintiff,

v.

BLUESTONE ENERGY SALES
CORPORATION, SOUTHERN
COAL CORPORATION; and
JAMES C. JUSTICE, II,
Defendants.

WRIT OF EXECUTION

Case No. 2:23mc00018

IN THE NAME OF THE UNITED STATES OF AMERICA:

TO THE UNITED STATES MARSHAL
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:

Pursuant to the judgment issued by the United States Court of Appeals for the Third Circuit in Appeal No. 21-2926 on July 21, 2022, amended on September 27, 2022, and registered with the United States District Court for Southern District of West Virginia at Charleston in this action on January 17, 2023, we command you that of the goods and chattels of **Southern Coal Corporation** in your bailiwick, you cause to be made the sum of **$88,866.24**, which the above named Xcoal Energy & Resources recovered against the named Southern Coal Corporation and make your return thereof on **June 19, 2023**.

**RORY L. PERRY II, CLERK OF COURT**       Date: May 19, 2023

BY: *Tina A. Smith*
    DEPUTY CLERK

Page 1 of 2

## RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

**This writ was received and executed.**

**DATE RECEIVED:** _____ **DATE EXECUTED:** _____

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

_____

**MICHAEL T. BAYLOUS**
**UNITED STATES MARSHAL**

**BY:**_____
     **DEPUTY MARSHAL**