# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**XCOAL ENERGY &
RESOURCES, Plaintiff,**

**Case No. 2:23-mc-00018**

**v.**

**BLUESTONE ENERGY SALES
CORPORATION, SOUTHERN
COAL CORPORATION; and
JAMES C. JUSTICE, II,
Defendants.**

## ABSTRACT OF JUDGMENT

Judgment was rendered by the United States Court of Appeals for the Third Circuit in Appeal No.

21-2926 on July 21, 2022, amended on September 27, 2022, and registered with the United States District

Court for Southern District of West Virginia at Charleston in this action on January 17, 2023, in the

above-entitled action, in favor of **Xcoal Energy & Resources** and against **Bluestone Energy Sales**

**Corporation, Southern Coal Corporation; James C. Justice, II** for:

| | |
|---|---|
| Principal, | |
| Attorney Fees, | $88,866.24 |
| Interest, and | |
| Costs, for the total amount of | |
| JUDGMENT AS ENTERED | $88,866.24 |

**RORY L. PERRY II, CLERK OF COURT**          Date: _May 19, 2023_

BY: _Jena A. Smith_

DEPUTY CLERK